**Electronically Filed
Supreme Court
SCWC-23-0000341
21-OCT-2025
09:55 AM
Dkt. 5 ODAC**

SCWC-23-0000341

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STUART B. GLAUBERMAN, by his Managing Agent,
KFG PROPERTIES, INC.,
Respondent/Plaintiff-Appellee,

vs.

CELESTE M. GONSALVES,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000341; CASE. NO. 1DRC-21-0002121)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge DeWeese, assigned by reason of vacancy)

Petitioner Celeste M. Gonsalves' Application for Writ

of Certiorari, filed on September 15, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 21, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Wendy M. DeWeese